**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

DIANELIS GARCIA ROQUE,    Case No.: 21-11965-RAM
                          Chapter 7
     Debtor.
_____/

***EX-PARTE* APPLICATION FOR APPROVAL OF EMPLOYMENT OF**
**MICHAEL P. DUNN AND DUNN LAW, P.A., AS COUNSEL**
**TO MARCIA T. DUNN, CHAPTER 7 TRUSTEE**

MARCIA T. DUNN, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of DIANELIS GARCIA ROQUE (the "Debtor"), files this *ex parte* application (the "Application") pursuant to 11 U.S.C. §§ 327 and 330 and Fed.R.Bankr.P. 2014 and 2016, seeking approval of the employment of Michael P. Dunn ("Dunn") and the law firm of Dunn Law, P.A. ("DLPA") as counsel to the Trustee and states:

**BACKGROUND**

1. On February 27, 2021 (the "Petition Date"), the Debtor, commenced the instant bankruptcy case with the filing of a voluntary petition for relief under Chapter 7, Title 11 of the United States Bankruptcy Code.

2. Marcia T. Dunn was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate").

3. The Debtor's Meeting of Creditors pursuant to 11 U.S.C. § 341 was held and concluded on March 24, 2021.

**RELIEF REQUESTED AND BASIS THEREFOR**

4. It is necessary that the Trustee employ attorneys to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the Estate.

5. The Trustee seeks to retain Dunn and DLPA to advise and represent her in this

1

bankruptcy case.

6.  Dunn and DLPA have substantial experience in bankruptcy and reorganization cases before this Court and others, and are qualified to act as counsel for the Trustee.

7.  The Trustee believes that the attorneys of DLPA are qualified to practice in this Court and are qualified to advise the Trustee on her relation with, and responsibilities to, the creditors and other interested parties.

8.  The Trustee seeks authorization from the Court to retain DLPA to, among other things, consult with the Trustee concerning the administration of this case, to investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, and assist the Trustee in recovery of assets. Such services are necessary and the Trustee submits that the employment of DLPA would be in the best interest of the Debtor's Estate.

9.  It is in the best interest of this Estate and its economical administration that Dunn and DLPA, a law firm of which the Trustee is a shareholder and partner, be authorized to act as an attorney for the Estate.

10.  To the best of the Trustee's knowledge, DLPA is "disinterested" (as such term is defined in 11 U.S.C. § 101(14)) as required by 11 U.S.C. § 327(a) and has no connection with the Debtor, the creditors or any other party in interest, except as set forth in the *Declaration of Michael P. Dunn on behalf of Dunn Law, P.A., as Proposed Counsel to Marcia T. Dunn, Chapter 7 Trustee* (the "Affidavit"), attached hereto as **Exhibit "A."**

11.  Except as otherwise disclosed herein, neither Dunn nor DLPA hold or represent any interest adverse to the Estate and the Trustee believes that the employment of DLPA would be in the best interest of the Estate.

12.  DLPA has agreed to perform the foregoing services at its ordinary and usual hourly billing rates for the attorneys and staff working on this matter. The current hourly rates for the attorneys at DLPA range from $325.00 to $550.00. The current hourly rate of Michael P. Dunn, the primarily

responsible attorney in this case, is $425.00. DLPA will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. DLPA recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

13. DLPA will apply for compensation and reimbursement of costs pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred during its representation of the Trustee in this case.

14. Good cause exists to permit the Trustee to employ the firm of which she and Dunn are partners, and such employment is in the best interest of the Estate because such employment will result in substantial cost savings, expedited administration, and is warranted due to DLPA's existing administrative involvement.

15. The Trustee believes that Dunn is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, the creditors, and other parties herein.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an *ex-parte* order substantially in the form attached hereto as **Exhibit "B"** (i) approving the selection and employment of Michael P. Dunn and Dunn Law, P.A. as counsel to the Trustee in this case; and (ii) granting any other relief as this Court deems appropriate.

Dated: March 30, 2021            Respectfully submitted,

**Marcia T. Dunn, Trustee**
66 West Flagler Street
Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
mdunn@dunnlawpa.com

By: /s/ *Marcia T. Dunn, Trustee*
    Marcia T. Dunn, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 30th day of March, 2021, upon the Debtor and scheduled secured creditors:

Dianelis Garcia Roque, *Debtor*
21221 SW 125th Path
Miami, FL 33177

Loancare LLC
3637 Sentara Way
Virginia Beach, VA 23452

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 30th day of March, 2021, upon all registered users in this case.

**DUNN LAW, P.A.**
*Proposed Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

By:     */s/ Michael P. Dunn*
       Michael P. Dunn, Esq.
       Florida Bar No. 100705